AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of NC__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. 3:10-cv-572 | DATE FILED 11/11/2010 | U.S. DISTRICT COURT Western District of NC |
|---|---|---|
| PLAINTIFF<br>Meineke Car Care Centers, Inc. | | DEFENDANT<br>John "Marty" Shaheen and Randall Shaheen |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | see complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Parties advised settlement. ORDER DISMISSING CASE subject to the right of any party to file a motion to reopen the case should settlement not be consummated by January 12, 2011. |

| CLERK<br>Frank G. Johns | (BY) DEPUTY CLERK<br>s/ T. Gryder | DATE<br>12/13/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Case 3:10-cv-00572-FDW -DSC   Document 18   Filed 12/14/10   Page 1 of 1